In the United States District Court

for the _____ District of __Colorado__

RULE 20

United States of America

v.

Nickelli Lynette Kelly

05-317

Criminal No. 04-CR-517-B

U.S. DISTRICT COURT
DENVER, COLORADO
AUG 1 9 2005
GREGORY C. LANGHAM
CLERK

FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, __Nickelli Lynette Kelly__, defendant, have been informed that a __Indictment__ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __guilty__ *(guilty, nolo contendre)* to the offense charged, to consent to the disposition of the case in the District of __Columbia__ in which I __am on bond__ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: __5/5/05__ at __11:07 am__

__Nickelli Kelly__
(Defendant)

__A.M. Rupe__
(Witness)

_____
(Counsel for Defendant)

Approved

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 22 day of Aug 2005
GREGORY C. LANGHAM
By _____ Deputy

_____
Acting United States Attorney for the
District of __Colorado__

_____
United States Attorney for the
District of __Columbia__

FORM USA-153
SEP. 82