U.S. Department of Justice     RULE 20     05-317

| To: | District | Date |
|---|---|---|
| Anthony Alexis, Esq. | District of Columbia | 4/20/2005 |

| Name of Subject | Statute Violated | File Data (Initials and Number) |
|---|---|---|
| Nickelli Lynette Kelly | 18 U.S.C. Sec. 1343 & 2 | 04-CR-517-B<br>2002R00654 |

## Part A—District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other *(Specify)*:

**FILED**
**AUG 2 4 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea        Date of Sentence        Sentence

| From (Signature and Title) | | Address |
|---|---|---|
| *[signature]* D.C. Bar # 384-545<br>Anthony Alexis, Assistant U.S. Attorney | | 555 4th Street, N.W. Washington, D.C. 20530 |

## Part B—District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
*(Kindly notify me of any anticipated delay.)*

☒ Enclosed are two certified copies of (indictment) or information. Docket No. 04-CR-517-B

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature (Name and Title) | District | Date |
|---|---|---|
| *[signature]* Patricia W. Davies, Assistant U.S. Attorney | Colorado | 4/20/05 |

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231



**RECEIVED**

AUG 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT