05-317

# U.S. District Court
### District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00517-LTB-ALL
#### Internal Use Only

Case title: USA v. Kelly                                  Date Filed: 12/15/2004

Assigned to: Chief Judge Lewis T. Babcock

**Defendant**

Nickelli Lynette Kelly (1)                represented by   Ann England
*TERMINATED: 08/19/2005*                                   Public Defender's Office-Denver Colorado
                                                           633 17th Street
                                                           #1000
                                                           Denver, CO 80202
                                                           U.S.A
                                                           303-294-7002
                                                           Fax: 303-294-1192
                                                           *TERMINATED: 08/12/2005*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Janine Yunker**
                                                           Office of the Federal Public Defender
                                                           633 Seventeenth Street
                                                           #1000
                                                           Denver, CO 80202
                                                           U.S.A
                                                           303-294-7002
                                                           Fax: 303-294-1192
                                                           Email: Janine_Yunker@fd.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or*
                                                           *Community Defender Appointment*


I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining in my office. WITNESS my hand and SEAL of said Court this 22 day of Aug 2005. GREGORY C. LANGHAM By [signature] Deputy

**Pending Counts**                                         **Disposition**
None

**Highest Offense Level (Opening)**
None



**Terminated Counts**                                      **Disposition**

FRAUD BY WIRE, RADIO, OR
TELEVISION                                                 Case transferred under Rule 20 to District of

(1-10)                                                      Columbia

**Highest Offense Level (Terminated)**
Felony

**Complaints**                                              **Disposition**
None

---

**Plaintiff**

USA                                          represented by **Patricia W. Davies**
                                                            United States Attorney's Office-Denver
                                                            Colorado
                                                            1225 17th Street
                                                            #700
                                                            Denver, CO 80202
                                                            U.S.A
                                                            303-454-0100
                                                            Fax: 454-0404
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2004 | 1 | INDICTMENT as to Nickelli Lynette Kelly (1) count(s) 1-10. (kltsl. ) (Entered: 12/16/2004) |
| 12/15/2004 | 2 | Summons Issued as to Nickelli Lynette Kelly Initial Appearance set for 1/4/2005 01:30 PM before Magistrate Judge Patricia A. Coan. (klt, ) (Entered: 12/16/2004) |
| 01/04/2005 | 3 | Minutes for Initial Appearance proceedings held before Magistrate Judge Patricia A. Coan as to Nickelli Lynette Kelly: Deft not present; govt's motion to set over hearing is GRANTED; Status Conference set for 1/6/2005 01:30 PM before Magistrate Judge Patricia A. Coan. (Court Reporter FTR PAC PM.) (nmb, ) (Entered: 01/11/2005) |
| 01/06/2005 | 4 | Summons Issued as to Nickelli Lynette Kelly; Initial Appearance set for 1/31/2005 01:30 PM before Magistrate Judge Craig B Shaffer. (nmb, ) (Entered: 01/12/2005) |
| 01/06/2005 | 5 | Minutes for Status on Service of Summons held before Magistrate Judge Patricia A. Coan as to Nickelli Lynette Kelly : Deft was not served and not present; govt has filed a summons for appr on 1/31/05 at 1:30 PM. (Court Reporter FTR PAC PM.) (nmb, ) (Entered: 01/12/2005) |
| 01/20/2005 | 6 | Summons dated 12/15/04 Returned Unexecuted in case as to Nickelli Lynette Kelly. (nmb, ) (Entered: 01/24/2005) |
| 01/26/2005 | 7 | NOTICE re Status and Request for Issuance of Summons by USA as to Nickelli Lynette Kelly. (nmb, ) (Entered: 01/28/2005) |

| | | |
|---|---|---|
| 01/27/2005 | 8 | ORDER; GRANTING the [7] Notice Re Status and Request for Issuance of Summons filed by USA as to Nickelli Lynette Kelly ; the clerk shall issue a new (third Summons) for defts initial appearance . Signed by Judge Lewis T. Babcock on 1/27/05. (ecm, ) (Entered: 01/31/2005) |
| 01/28/2005 | 9 | Summons Issued as to Nickelli Lynette Kelly; Initial Appearance set for 2/23/2005 01:30 PM before Magistrate Judge Michael J. Watanabe. (ecm, ) (Entered: 02/02/2005) |
| 02/14/2005 | 10 | Summons Returned Executed on 2/10/05 as to Nickelli Lynette Kelly (ecm, ) (Entered: 02/17/2005) |
| 02/14/2005 | 11 | Summons Issued 1/6/05 Returned Unexecuted in case as to Nickelli Lynette Kelly (ecm, ) (Entered: 02/17/2005) |
| 02/22/2005 | 12 | MINUTE ORDER by Magistrate Judge Michael J. Watanabe; Initial Appearance RESET for 3/9/2005 01:30 PM before Magistrate Judge Patricia A. Coan; prior to appr deft shall report to pretrial services and USM. (nmb, ) (Entered: 02/22/2005) |
| 03/07/2005 | 13 | Letter from Nickelli L. Kelly re appearing in Washington. DC area (ecm, ) (Entered: 03/10/2005) |
| 03/09/2005 | 14 | Minutes of Initial Appearance before Magistrate Judge Patricia A. Coan: Initial Appearance of Nickelli Lynette Kelly w/o counsel; ORDER: FPD apptd.; Bond set at $10,000 Unsecured for Nickelli Lynette Kelly (1); AFPD Williamson is in court today and states he is willing to proceed to arraignment and discovery; (Tape #FTR PAC PM.) (ecm, ) (Entered: 03/14/2005) |
| 03/09/2005 | 15 | Unsecured Bond Entered as to Nickelli Lynette Kelly in amount of $ 10,000. (ecm. ) (Entered: 03/14/2005) |
| 03/09/2005 | 16 | ORDER Setting Conditions of Release as to Nickelli Lynette Kelly (1) $10,000 Unsecured . Signed by Magistrate Judge Patricia A. Coan on 3/9/05. (ecm, ) (Entered: 03/14/2005) |
| 03/09/2005 | 17 | CJA 23 Financial Affidavit by Nickelli Lynette Kelly (ecm, ) (Entered: 03/14/2005) |
| 03/09/2005 | 18 | Minutes of Arraignment and Discovery Hearing before Magistrate Judge Patricia A. Coan: deft Nickelli Lynette Kelly present w/counsel; Plea of NOT GUILTY entered by Nickelli Lynette Kelly; 30 day min to trial 4/8/05; 70 day max to trial 5/18/05; discov. rpt. executed; bond cont.; atty Warren Williamson states that after he assigns this case to the appropriate FPD, he will advise them to get together w/the AUSA and Chief Judge Babcock's chambers:(Tape #FTR PAC PM.) (ecm, ) (Entered: 03/14/2005) |
| 03/09/2005 | 19 | Discovery Hearing Report; Estimated Trial Days: 5 as to Nickelli Lynette Kelly; (ecm, ) (Entered: 03/14/2005) |
| 03/10/2005 | 20 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Nickelli Lynette Kelly. (mjg, ) (Entered: 03/14/2005) |
| 03/11/2005 | 21 | ORDER by Chief Judge Lewis T. Babcock GRANTING [20] Motion to Disclose Grand Jury Material as to Nickelli Lynette Kelly (1). (nmb, ) (Entered: 03/15/2005) |
| 03/14/2005 | 22 | NOTICE OF ATTORNEY APPEARANCE re Objection To Rule 10 Arraignment |

| | | |
|---|---|---|
| | | By Video Conference: Ann England appearing for Nickelli Lynette Kelly (mjg, ) (Entered: 03/16/2005) |
| 03/16/2005 | 23 | MINUTE ORDER; Status/Scheduling Conference set for 4/22/2005 02:00 PM for Nickelli Lynette Kelly before Chief Judge Lewis T. Babcock (ecm, ) (Entered: 03/21/2005) |
| 04/18/2005 | 24 | NOTICE OF DISPOSITION and Request to Vacate Hearing by Nickelli Lynette Kelly (ecm, ) (Entered: 04/21/2005) |
| 04/21/2005 | 25 | ORDER; re [24] Notice of Disposition, the Status/Scheduling Conference is VACATED and a Change of Plea Hearing set for 6/6/2005 09:00 AM as to Nickelli Lynette Kelly before Chief Judge Lewis T. Babcock; Signed by Judge Lewis T. Babcock on 4/21/05. (ecm, ) (Entered: 04/27/2005) |
| 06/03/2005 | 26 | MOTION to Waive Defendant's Appearance at the Status Hearing Set for June 6, 2005 by Nickelli Lynette Kelly. (ecm, ) (Entered: 06/10/2005) |
| 06/06/2005 | 27 | Minutes of Status Conference before Chief Judge Lewis T. Babcock: deft Nickelli Lynette Kelly presence was waived; ORDER: Change of Plea Hearing set for 7/12/2005 08:00 AM before Chief Judge Lewis T. Babcock. (Court Reporter Kara Spitler.) (ecm, ) (Entered: 06/13/2005) |
| 06/06/2005 | 28 | MINUTE ORDER; a Change of Plea Hearing set for 7/12/05 at 8:00 AM for Nickelli Lynette Kelly by Chief Judge Lewis T. Babcock (ecm, ) (Entered: 06/13/2005) |
| 07/08/2005 | 29 | MOTION to Excuse/Waive Defendant's Appearance At The Status Hearing Set For 7/12/05 by Nickelli Lynette Kelly. (mjg, ) (Entered: 07/12/2005) |
| 07/11/2005 | 30 | MINUTE ORDER granting [29] Motion to ExcuseWaive Defendant's Appearance At Status Hearing Set For 7/12/05 as to Nickelli Lynette Kelly (1). Signed by Judge Lewis T. Babcock on 7/11/05. (mjg2, ) (Entered: 07/13/2005) |
| 07/12/2005 | 31 | Minutes of before Chief Judge Lewis T. Babcock: deft Nickelli Lynette Kelly present w/counsel; govt advised that they just received the paperwork on Friday, sent it and is now waiting for it to come back signed; ORDER: a Further Status Conference set for 8/15/2005 08:00 AM before Chief Judge Lewis T. Babcock; defts appearance is waived. (Court Reporter Gwen Daniel.) (ecm, ) (Entered: 07/14/2005) |
| 07/13/2005 | 32 | MINUTE ORDER: Further Status Conference is SET for 8/15/05 at 8:00 a.m. in Ctrm. A201; Dft's presence is waived . Signed by Judge Lewis T. Babcock on 7/13/05. (mjg, ) (Entered: 07/15/2005) |
| 08/12/2005 | 33 | MOTION to Continue Status Hearing currenlty scheduled for 8/15/05 by Nickelli Lynette Kelly. (mjg, ) (Entered: 08/16/2005) |
| 08/12/2005 | 34 | NOTICE OF ATTORNEY SUBSTITUTION: terminating Ann England and substituting Janine Yunker re Nickelli Lynette Kelly. (mjg, ) (Entered: 08/17/2005) |
| 08/15/2005 | 35 | Minutes of Status Conference as to Nickelli Lynette Kelly held on 8/15/2005 before Magistrate Judge Lewis T. Babcock; Dft's presence waived for this hearing; Janine Yunker enters her appearance for dft.; Statement to the court by Ms. Yunker; Statement to the court by Ms. Davies: Further Status Conference is set for 9/22/2005 |

|            |      |                                                                                                                                                                                         |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | 04:00 PM before Chief Judge Lewis T. Babcock. (Court Reporter Gwen Daniel.) (mjg, ) (Entered: 08/18/2005)                                                                               |
| 08/16/2005 | ◉ 36 | MINUTE ORDER: a Further Status Conference is set for 9/22/05 at 4:00 PM for Nickelli Lynette Kelly before Chief Judge Lewis T. Babcock (ecm, ) (Entered: 08/19/2005)                    |
| 08/19/2005 | ◉ 37 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Columbia Counts closed as to Nickelli Lynette Kelly (1) Count 1-10. (klt, ) (Entered: 08/22/2005)                             |



RECEIVED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT