IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-317 (JDB) |
| | ) | |
| NICKELLI KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF RELATED CASE**

    Defendant, Nickelli Kelly, through undersigned counsel, pursuant to Local Criminal Rule 57.12(b)(3), respectfully submits this Notice of Related Case.

    As grounds for this Notice, defense counsel submits:

    1.    On August 22, 2005, Ms. Kelly was indicted on ten counts of wire fraud, in violation of 18 U.S.C. § 1343, and causing an act to be done, in violation of 18 U.S.C. § 2. The indictment originated from the United States District Court for the District of Colorado. The case was transferred to this Court under Federal Rule of Criminal Procedure 20 and filed in this District on August 24, 2005.

    2.    Based on undersigned counsel's review of materials from the case <u>United States v. Bernard Miller</u>, 05-044 (RMU), it is apparent that the present case is related to the <u>Miller</u> case within the meaning of Local Criminal Rule 57.12(a) (a criminal case is "deemed related when . . . prosecution against different defendants arises from . . . activities which are a part of the same alleged criminal event or transaction"). It is undisputed that the present case and the <u>Miller</u> case "arise from...the same alleged criminal event or transaction."

    3.    Undersigned counsel is accordingly filing the present motion to fulfill his

responsibility under Local Criminal Rule 57.12(b)(3) to "notify, in writing, the judges on whose calendars the [related] cases appear."

    4.    For the Court's convenience, undersigned counsel has attached a Model Order transferring the present case back to the Calendar Committee for reassignment as a related case.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500