IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-317 (JDB) |
| NICKELLI KELLY, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the defendant's motion to return this case to the Calendar Committee for reassignment as a related case, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the case shall be returned to the Calendar Committee for reassignment in a manner consistent with the Local Criminal Rules for the United States District Court for the District of Columbia.

**SO ORDERED.**

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

_____
DATE

Calendar Committee, United States District Court
Jonathan S. Jeffress, AFPD
Tony Alexis, AUSA