UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
OCT 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. : Criminal Action No. 05-317 (JDB)

Nickelli Kelly, :

    Defendant. :

## ORDER

Upon the oral motion of defendant __Nickelli Kelly__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __9/28/05__ through and including the __first scheduled appearance before Judge R. Urbina__, shall be excluded in computing the date for speedy trial in this case.

Dated: __Oct 6, 2005__

                                            JOHN D. BATES
                                            United States District Judge

AGREED:

__Nickelli Kelly__
Defendant

__[signature]__
Defense Counsel

__[signature]__ (514-9416)
Attorney for United States