UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-317 (RMU)
:
Nickelli Kelly, :
:
Defendant(s). :

**FILED**
OCT 25 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this 25 day of October 2005,

**ORDERED** that a plea hearing in the above-captioned case shall take place on Dec 5, 2005 at 3pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge