UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. |
| | : | 05-CR-317 (RMU) |
| v. | : | |
| NICKELLI KELLY, | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith are the following documents that are related to the above-captioned case: (1) the June 1, 2005 plea agreement entered into between the above-captioned parties; (2) a signed Statement of Offense; and, (3) the elements of wire fraud pursuant to 18 U.S.C.§ 1343.

> Respectfully Submitted,
> KENNETH L. WAINSTEIN
> UNITED STATES ATTORNEY
> D.C. Bar Number 451-058
>
> By: _____
> Anthony M. Alexis
> D.C. Bar 384545
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Room 5239
> Washington, D.C.  20530
> (202) 514-9416 phone
> (202) 307-2304 fax

CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing Government's Notice of Filing was served by facsimile upon the attorney for the defendant, Nickelli Kelly, this \_\_\_\_ day of December, 2005 to:

Jonathan Jeffress, Esquire
Office of Federal Public Defender
202-208-7515

_____
ASSISTANT UNITED STATES ATTORNEY