UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
|       v. : | |
| : | CRIMINAL NO. 05-317 (RMU) |
| **NICKELLI LYNETTE KELLY,** : | |
| : | |
|    **Defendant.** : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jessie K. Liu at telephone number (202) 514-7549 and/or email address Jessie.K.Liu@usdoj.gov. Ms. Liu will substitute for Assistant United States Attorney Anthony Michael Alexis, Sr., as counsel for the United States.

                            Respectfully submitted,

                            KENNETH L. WAINSTEIN
                            United States Attorney

BY: _____
       JESSIE K. LIU
       Assistant United States Attorney
       D.C. Bar No. 472845
       555 Fourth Street, N.W., Room 4649
       Washington, D.C. 20530
       (202) 514-7549