IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU/DAR) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

**SPEEDY TRIAL WAIVER**

Defendant, Nickelli Kelly, respectfully submits that she has been informed of and understands her rights under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. Having been informed of those rights and her ability to waive those rights temporarily and exclude periods of time from the operation of the Act, Ms. Kelly hereby consents to the exclusion of time from today until the date of her Rule 11 hearing, which is currently set for February 9, 2006.

WHEREFORE, Defendant respectfully consents to the exclusion of the time period from today until February 9, 2006 from the Speedy Trial Act.

Respectfully submitted,

_____
Jonathan S. Jeffress
Counsel for Ms. Kelly
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 05-317 (RMU/DAR)** |
| ) | |
| **NICKELLI KELLY,** ) | |
| ) | |
| Defendant.   ) | |

Upon the oral representations of the parties at the status hearing held today, January 30, 2006 in open Court, and upon consent of both parties, and for good cause shown, it is hereby

**ORDERED** that the time period between today and February 9, 2006 is hereby **EXCLUDED** from the Speedy Trial Act.

                                                                              _____
                                                                              The Honorable Deborah A. Robinson
                                                                              United States Magistrate Judge

Copies To:
Jonathan Jeffress, AFPD
Jessie Liu, AUSA