IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU/DAR) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

Upon the oral representations of the parties at the status hearing held today, January 30, 2006 in open Court, and upon consent of both parties, and for good cause shown, it is hereby

**ORDERED** that the time period between today and February 9, 2006 is hereby **EXCLUDED** from the Speedy Trial Act.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge

Copies To:
Jonathan Jeffress, AFPD
Jessie Liu, AUSA

2