*Attachment*
*CR: 05-317*

The elements of wire fraud under 18 U.S.C. § 1343

    (1) that the defendant voluntarily and intentionally devised or participated in a scheme to defraud another out of money;
    (2) that the defendant did so with the intent to defraud;
    (3) that it was reasonably foreseeable that interstate wire communications would be used; and
    (4) that interstate wire communications were in fact used)

<u>United States v. Maxwell</u>, 920 F.2d 1028, 1035 (D.C. Cir. 1990) ("Wire fraud requires proof of (1) a scheme to defraud; and (2) the use of an interstate wire communication to further the scheme.")

**FILED**

FEB 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT