UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

        v.                             :     Criminal Action No.: 05-317 (RMU)

_Nickelli Lynette Kelly_        :

      Defendant(s).              :

**FILED**

**FEB 0 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>SENTENCING SCHEDULING ORDER</u>[1]

It is this __9th__ day of __February__ 2006,

ORDERED that the sentencing in this matter be set for __August 1, 2006__ at __10:30 AM__; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

                                            ~~Ricardo M. Urbina~~ ALAN KAY
                                            United States ~~District~~ Judge
                                            MAGISTRATE

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).