UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
    v.                            :    Criminal Action No.: 05-0317 (RMU)
                                  :
NICKELLI L. KELLY,                :
                                  :
        Defendant(s).              :

**ORDER**

It is this 14th day of March 2006,

**ORDERED** that Magistrate Judge Kay's Report and Recommendation is hereby adopted.

The court accordingly accepts the defendant's plea of guilty.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED

MAR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT