IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICKELLI KELLY, )<br>)<br>Defendant. )<br>) | Criminal No. 05-317 (RMU) |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Defendant, Nickelli Kelly, through counsel, respectfully submits this Unopposed Motion to Continue Sentencing Date. In support of this Motion, counsel submits the following:

1. On February 9, 2006, Ms. Kelly plead guilty to two counts of Wire Fraud, in violation of 18 U.S.C. § 1343. Following the plea, the Magistrate Judge issued a Sentencing Scheduling Order setting sentencing down for **August 1, 2006 at 10:30 a.m.** The Order also set various deadlines for the submission of the Presentence Investigation Report ("PSR") and sentencing memoranda.

2. Under the Scheduling Order, defendant's sentencing memorandum is due 8 business days after receipt of the final PSR. The government's response, if any, is due 4 business days thereafter.

3. Undersigned counsel received the final PSR today, July 19, 2006. Under the Court's Sentencing Scheduling Order, Ms. Kelly's sentencing memorandum is not sue until July 31, 2006, one day prior to sentencing. The government's response is not due until August 4, 2006.

4. Undersigned counsel has a two-week trial beginning August 14, 2006 before the

Honorable Paul L. Friedman.  Counsel therefore respectfully requests that the sentencing in this case be held on September 5th or 6th, 2006.  Defense counsel does not require an extension for Ms. Kelly's sentencing memorandum, which is currently due July 31, 2006.

5.      Defense counsel contacted the Assistant United States' Attorney assigned to this case, Jessie Liu, regarding this request.  Ms. Liu does not oppose the relief requested in this Motion and is also available on the suggested dates.

WHEREFORE, Defendant respectfully requests that this Court continue the current sentencing date in this case until September, 2006.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-317 (RMU) |
| NICKELLI KELLY, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the sentencing date of August 1, 2006 is **VACATED**; and it is further

**ORDERED** that sentencing is now scheduled for _____, 2006 at _____ am/pm.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Jessie Liu, AUSA
Deborah Stevens-Panzer, USPO