**FILED**

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA            :
                                    :
            v.                      :     Criminal Action No.: 05-0317 (RMU)
                                    :
NICKELLI L. KELLY,                  :
                                    :
            Defendant               :

## O R D E R

It is this 20th day of July 2006,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for

August 2, 2006 is hereby **VACATED** and **RESCHEDULED** for Monday, October 23, 2006 at

2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge