September 21, 2006

Honorable Ricardo M. Urbina
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina,

    I am writing this letter in regards to Nikki Kelly. I understand the crime she has committed and am aware of her guilty plead. Nikki Kelly is my mother so I have a closer relationship to her than anyone. My mother is very kind-hearted and does anything for anyone when they need her. She is very giving of her time and efforts to her family as well as community. While working at Suitland High School and Walker Mill Middle school, she mentored to the lost youth of today. She gave them hope to achieve greatly in the future. She earned her positions at the school by volunteering on an all day, every day basis.

    As a mother, she is the best mother she can be. I am her eldest of two children which she conceived at nineteen years old. Since birth my mother has done nothing but support me and make me the best person I can be. Without her love and support I might not be in college today. She has guided me to be the successful young woman I am today and is raising my 10-year old sister the same way if not better. She has always instilled strong morals and values in us and told us how important our education is. She has strived daily for my success, even when I was trying to go against her; she would always do the next step to help me move forward in life. Whenever I slacked, she was there to pick up the pieces and make things right. As a single-parent my mother has been able to work and maintain a positive relationship with both of her children. In her job experiences she has not earned much income but still made sure there was a roof over our head, food on the table and clothes on our back. We lacked no necessities in life, because she tried so hard to maintain a decent standard of living for us.

    My mom is motivation to all. Even in her darkest hours she still will find a way to put a smile on someone's face. She is my motivation to do great in life so I can help provide for my family in the years to come. After the passing of my grandmother, she motivated the whole family not to sulk at the tragedy but to celebrate her life.

    Nikki Kelly is very involved in the church as well. She attends church every Sunday and helps in anyway she possibly can. She is a member of Word of Wisdom Christian Ministries and before that Mt. Sinai Missionary Baptist Church. My mother may not be a saint but she loves the Lord and that he has and will do for her. I attend church do to my mother showing the way the Lord works and his miracles that he can perform. She is a God-fearing woman.

    Overall, Ms. Kelly is loved by her friends, family and community. She is needed by her daughters, she is their motivation to succeed and become the best people they can be in life. Without her love and support, who knows what road they may have traveled. She is a good person who just made a bad decision and should be forgiven for that. Everyone makes mistakes and I know my mom has learned from them.

Respectfully yours,
Brittne Kelly