LAW OFFICES
# GLEASON, McQUILLAN, BARBIN & MARKOVITZ, LLP
206 Main Street
Johnstown, PA 15901-1682

(814) 535-5561
Fax (814) 535-5566

Website:
http://webpages.charter.net/gdsbmmllp

July 19, 2006

Honorable Ricardo M. Urbina
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

Please accept this letter in support of Nickelli Kelly, my friend and former co-worker. Nikki and I worked side by side for approximately five years, from 1987 to 1992, at the National Newspaper Association, a trade organization then located in Washington, D.C., representing the nation's 5,000 or so community newspapers.

We were employed in the member services department; Ms. Kelly handled most meeting planning and convention and trade issues. Her rapport with service providers and our newspaper publishers alike was excellent and earned many compliments for the organization. She was a task-oriented, focused and accomplished professional.

I was provided to give Ms. Kelly some legal advice regarding the situation she will before you for sentencing. This was definitely a situation where Ms. Kelly did make a bad decision but it's definitely not her general character and I am sure she will move to improve from this incident.

I left Washington in the early 90s to start a family and to attend law school. Since then, I have kept in touch with Nikki through the years, unfortunately infrequently on occasion. However, during the time we were close and thereafter, I had opportunities to spend time with Nikki in her family setting. I know that Nikki is a wonderful and caring mother and family member, active in church and charitable organizations, of high character and deserving of trust. I will be happy to augment this letter with a personal discussion, and can be reached at the number above.

Very truly yours,

/s/ Maureen McQuillan, Esq.

July 20, 2006


Honorable Ricardo M. Urbina
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001:


This letter is written to serve as a character reference for Ms. Nikki Kelly. I have known Ms. Kelly since October 1995. We met during her tenure at National Renewable Energy Laboratory. Since that time our relationship has grown far beyond co-workers. Ms. Kelly is like the older sister I have always wanted. I have always known her to be extremely reliable, trustworthy, and honest.

While raising two daughters as a single person she has always put their needs first yet finds the time to assist others. Ms. Kelly has served in many capacities in the community, church, and schools. I have known her to be at the school volunteering during the day and serving and or delivering dinners to the less fortunate in the evening. In her free time it's not unusual to see Ms. Kelly toting a carload of youngsters to the park, pool, or amusement parks. She's definitely the epitome of a "Super Mom"

In my own personal triumphs, trials and tribulations Ms. Kelly has always been my greatest cheerleader. I can always turn to her with the assurance that her advice has my best interest at heart whether I agree or disagree with her beliefs. True friendship is a rarity I know I speak for many when I say I have definitely found a friendship worth having in Ms. Kelly.

In closing I would like to say in this world of turmoil and constant chaos it's good to know there are still people such as Ms. Kelly with genuine concern and compassion for others.

Respectfully,


LaWan Croswell

July 20, 2006

Dear Judge Urbina,

I first met Ms. Nikki Kelly on my pervious job in 2002. I felt the warmth in her personality the first time I saw her and since that time we have connected and remains friends. Outside the job we have developed a relationship as well.

Ms. Kelly's personal life is centered on her daughter's Brittne and Danyele. I know for a fact that she has strong family values, very active with her daughter's activities and in church. Even though Ms. Kelly is active in her daughter's life, she often finds free time balancing and finding time for herself.

She has volunteered and served as PTA President of her daughter's school and often volunteering with their school activities, as well as being chaperone for school events. She loves assisting kids. Ms. Kelly has organized school family day events, handled fundraising events; she is awesome with the kids.

Ms. Kelly is a very hard worker and dependable, often offering excellent advice on any situation. She is reliable, organized; dedicated and committed to any project or tasks she is assigned. She is trustworthy and compassionate towards others. I know she will give her last to meet other's needs. She loves getting involved with her church as well as getting her daughters involved in church activities.

Sincerely,

Cathy Scott
3358 Huntley Square Drive
Unit B-2
Temple Hills, Maryland 20748
301-505-2992

July 17, 2006


Honorable Ricardo M. Urbina
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your honor,

I met Ms. Kelly roughly about 11 years ago. We attended the same church. We are not related by blood, but share many things that sisters do share. When I met Nikki, she had one daughter Brittne. Brittne has always been a very bright and gifted child, and Nikki always made sure that she had what she needed to succeed.

She spent a lot of time with her, even while working full time and part time. You wonder how a single parent can do that? Well she did it. About a year after meeting her, she had another daughter Danyele. Concept still remained the same. As a single parent she did what she had to do, to bring them up in church, take them various places, and had enough love for both of them.

Along the way on this journey her mother Delores Pugh became ill. She would put things on hold to also ensure that her mother's needs were taken care of. She has two other siblings, Annette and Junnette, but Nikki handled mostly everything. I feel that she always put forth her best effort in everything.

As mentioned Nikki has always done what she could for her family, children, parents and friends. If there was something she could do you could count on her.

Nikki and I worked with the youth at the church. She definitely has leadership abilities. We have taken the youth to the circus, basketball games, had plays, Christmas lights and a host of other activities that churches are involved in.

She worked at a couple of schools in Prince Georges County, and was always recognized as a professional and dependable employee. She has a nice personality and can get along with anybody.

I haven't discussed any of Ms. Kelly future plans recently due to the current circumstances before her, but whatever her plans may be, I am sure she will be successful in following through. She has shown that she has the ability to make things happen, and I certainly wish her well in all her endeavors.

If you should need any further information, please contact me at the email address of Cynthia.pope@gsa.gov.

Cynthia Pope

July 15, 2006

Your honor,

I met Ms. Kelly when she enrolled her daughter into my aftercare program last year. In the short time our relationship has grown tremendously from business to personal. Ms. Kelly has held the position of President of PTA at Kettering Elementary School located in Upper Marlboro. Throughout her term she made much needed updated changes to school, i.e., school website, uniforms, family activities and career day to get parent involvement.

Ms. Kelly is very involved with her children, aunt, father and sisters, more so since the death of her mother. Ms. Kelly is one to take you under her wings and give you the best advice support based from personal experience.

She is dedicated and eager to get the job done correctly and in a timely manner.

Ms. Kelly devotes her time with her children as well as the rest of her family and friends. She enjoys going to basketball games and eating crabs with her family and friends.

Ms. Kelly is currently attending church at Word of Wisdom Christian Ministries with her children. She speaks often of how she is learning to live by God's word.

Her ultimate goals for her future are to ensure that her children receive the best education and do well in it to be successful in life, be a positive role model to those that she comes in contact with.

Ms. Kelly is a very determined lady. Whatever she puts her mind and heart into she WILL SUCCEED!

Respectfully submitted by Michelle Robinson



*John & Shirelle Richardson*
*9404 Surratts Manor Drive*
*Clinton, MD  20735*

July 19, 2006

Dear Judge:

    The purpose of this is to provide a character reference for Ms. Nikki Kelly whom I have known as a friend for over ten years. Ms. Kelly and I came to known each other through our daughters and our relationship have continued since.

    Ms. Kelly and I have worked together at Family and Child Care providing childcare service for various organizations throughout the Washington areas and participating in groups care for young children and infants during company parties, private weddings and special holidays.

    I have found Ms. Kelly to always found time to get involved and volunteers for school events, special program, church events and always giving a helping hands to everyone she come in contact with.

    As a friend, Nikki Kelly is a standout. She is a loyal, honest, considerate, and a supportive individual who has the ability to see and understand things from another person's perspective. She is a great direct communicator and knows how to raise and discuss issues and problems in a comfortable manner; she also, likes to have fun too.

    During our years of friendship, we maintained an ongoing friendly family-oriented relationship. I watched Ms. Kelly take a deep interest in the lives of many of the people around her. She would spend additional hours helping old and young alike with their personal problems.

    I could continue with descriptions of Ms. Kelly and her many other good qualities, her work ethic, her energy, and her creativeness. Instead I would simply like to say how much I think of Ms. Kelly and her helping others with a high level of commitment.

Sincerely,

*Shirelle Richardson*

Shirelle Richardson