IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT NICKELLI KELLY'S SUPPLEMENT TO HER MEMORANDUM
IN AID OF SENTENCING AND MOTION FOR DOWNWARD DEPARTURE**

    Defendant, Nickelli Kelly, through counsel, respectfully submits this Supplement to her Memorandum in Aid of Sentencing and Motion for Downward Departure. Attached hereto are the school transcripts from Ms. Kelly's two daughters, Brittne Kelly (age 19 - Spellman College) and Danyele Kelly (age 10 - Kettering Elementary). As the transcripts reflect, both girls are top students at their respective schools. The defense respectfully submits that the attached transcripts (particularly Danyele's) provide further support for Ms. Kelly's departure motion under U.S.S.G. § 5H1.6, and her request that the Court sentence Ms. Kelly to probation with a period of home confinement, so that Danyele will not lose the backbone of her family living structure.

    Respectfully submitted,

    A.J. KRAMER
    Federal Public Defender

    _____/s/_____
    Jonathan S. Jeffress
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Ste 550
    Washington, D.C. 20004
    (202) 208-7500, ex. 134

Case 1:05-cr-00317-RMU    Document 28    Filed 09/29/2006    Page 2 of 2