# Elementary Pupil Progress



Student's Name: **DANYELE M. KELLY**  Grade **4**  Student ID# **000435508**  School Year **2005 / 2006**

Teacher's Name: **MARLA WEST**  School Name **Kettering Elementary School**

The following symbols show your child's progress: A = Excellent  B = Above Average  C = Average  D = Below Average  E = Inconsistent/Unsatisfactory Progress  NA = Not scheduled this quarter  INC = Incomplete  X = Indicates need for improvement
Level of Instructional Materials - Reading  A - Above Grade Level  O - On Grade Level  B - Below Grade Level

| Quarters | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **Social Skills** | A | A | A | A | A |
| Shows Respect for Others | | | | | |
| Cooperates with adults/peers | | | | | |
| Follows school/class rules | | X | | X | X |
| Deals with problems in a positive manner | | | | | |
| Displays self-discipline | | | | | |
| Accepts responsibility for own actions | | | | X | |
| **Work Habits** | B | B | B | A | B |
| Organizes Materials | | | | | |
| Stays on task | | X | | X | X |
| Works independently when appropriate | | X | | X | |
| Works cooperatively when appropriate | | | | | |
| Follows through with procedures taught on: | | | | | |
| – how to study at home | | | | | |
| – how to study at school | | | | | |
| **Reading** West | A | B | A | A | A |
| LEVEL OF INSTRUCTIONAL MATERIALS | A | A | A | A | A |
| Constructs meaning from a variety of print materials | | | | | |
| – narrative text (short stories, poetry, novels) | | X | | | |
| – expository text (informational print materials) | | | | | |
| Has a foundation of known words | | | | | |
| Has strategies for unlocking meaning and/or pronunciation of unknown words | | | | | |
| – using meaning cues (pictures, story comprehension) | | | | | |
| – using structural cues (language and sentence structure that makes sense) | | | | | |
| – using visual cues (features of print; symbols, letters, words, phonics) | | | | | |
| Applies reading strategies to understand what is being read | X | X | | | |
| Reads fluently | | | | | |
| Frequently explores books independently | | | | | |
| Reads for enjoyment | | | | | |
| Contributes to group activities/discussions | | | | | |
| Completes school assignments | | | | | |
| Completes homework assignments | | | | | |
| **Oral & Written Communication** | A | A | A | A | A |
| Expresses oral ideas clearly and distinctly | | | | | |
| Expresses written ideas clearly and distinctly | | | | | |
| Plans, drafts, edits, revises and shares writing | | | | | |
| Uses correct grammatical forms as taught | | | | | |
| Uses correct punctuation and capitalization as taught | | | | | |
| Constructs sentences and paragraphs correctly | | | | | |
| Applies spelling learnings to a variety of writings | | | | | |
| Spells assigned words correctly | | | | | |
| Forms and spaces letters and words correctly | | | | | |
| Contributes to group activities and discussions | | | | | |
| Completes school assignments | | | | | |
| Completes homework assignments | | | | | |
| **Health** | NA | NA | A | A | A |
| Demonstrates an understanding of concepts | | | | | |
| Contributes to group activities/discussions | | | | | |
| Completes school assignments | | | | | |
| Completes homework assignments | | | | | |

| Quarters | 1 | 2 | 3 | 4 | F |
|---|---|---|---|---|---|
| **Mathematics** West | B | A | A | B | B |
| LEVEL OF INSTRUCTIONAL MATERIALS | 4 | 4 | 4 | 4 | 4 |
| Applies the following to problem solving situations: | | | | | |
| – Numeration/Whole Number Concepts (addition, subtraction, multiplication, division) | X | | | | |
| – Geometry Concepts | | | | | |
| – Measurement Concepts | | | | X | X |
| – Rational Number Concepts (relationships between & among fractions, decimals, percents) | | X | | | |
| – Logic Concepts (relationships: if-then; cause-effect) | | | | | |
| – Integer Concepts (relationships between and among positive & negative numbers & zero) | | | | | X |
| – Probability/Statistical Concepts | | | | X | |
| – Data Analysis | | | | | |
| – Use of Calculators | | | | | |
| Makes Connections: | | | | | |
| – Within Mathematics | | | | | |
| – To Other Disciplines | | | | | |
| – To the Real World | | | | | |
| Applies Mathematical Reasoning/Communication to: | | | | | |
| – Group activities and discussion | | | | | |
| – Completing school assignments | | | | | |
| – Completing homework assignments | | | | | |
| **Science** West | B | A | A | B | B |
| Demonstrates an understanding of concepts | | | | | |
| Demonstrates an understanding of processes | | | | | |
| Contributes to group activities/discussions | | | | X | |
| Completes school assignments | | | | | |
| Completes homework assignments | | | | X | |
| **Social Studies** West | B | A | B | B | B |
| GEOGRAPHY | | | | | |
| Demonstrates understanding of geographic concepts & processes | | | X | | |
| HISTORY | | | | | |
| Retains & interprets information about people, places, & events in history | | | | | |
| Government & Economics | | | | | |
| Demonstrates an understanding of historical development & current status of economic principles & political systems | | | | | |
| Demonstrates an understanding of processes & skills | | | | | |
| Contributes to group activities/discussions | | | | | |
| Completes school assignments | | | | | |
| Completes homework assignments | | | | | |
| **Art** West | NA | NA | A | NA | NA |
| Demonstrates an understanding of concepts | | | | | |
| Participates in activities | | | | | |
| **Music** Ross | A | A | A | A | A |
| Demonstrates knowledge of concepts | | | | | |
| Demonstrates knowledge of skills | | | | | |
| Participation/cooperation/effort | | | | | |
| **Physical Education** | A | B | A | A | A |
| Demonstrates age appropriate skills | | | | | |
| Demonstrates knowledge of skills and concepts | | X | | | |
| Participation/cooperation/effort | | | | | |

| Attendance Information: | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|
| PRESENT | 40 | 39 | 42 | 57 | 178 |
| ABSENT | 0 | 1 | 1 | 0 | 2 |
| TARDY | 1 | 7 | 5 | 10 | 23 |

| PLACEMENT | |
|---|---|
| 2006/2007 | Grade: 5 |
| Teacher: Marla West | |
| Principal: | |

000435508

KETTE

# TEACHER'S COMMENTS

**First Quarter - Date:** 10/20/2005                          Parent Signature _____

Works well with others
Outstanding work and performance
Fails to proofread written work for careless mistakes
Needs to demonstrate following directions
Continue to try your best; encourage her to do a good job

**Second Quarter - Date:** 12/23/2005                         Parent Signature _____

Shows improvement in class work/ tests
Outstanding work and performance
Danyele needs to demonstrate improvement in reading and following directions carefully.
Participates in class

**Third Quarter - Date:** 3/13/2006                            Parent Signature _____

Danyele's academic performance is to be commended. Danyele needs to demonstrate some improvement in following directions and staying on task to work independently. Please encourage her to continue to keep up the good academic progress.

**Fourth Quarter - Date:** 6/9/2006                           Parent Signature _____

Danyele works well with others and her outstanding work and academic performance is to be commended. She participates in class and tries her very best to succeed. Continue to read daily to build fluency level and enhance reading comprehension skills. Also review math skills in measurement and understanding area and volume. It was a pleasure having her in our class this year. Continue to keep up the good work and have a great summer!

| | 1 Month/Day/Year | 2 Month/Day/Year | 3 Month/Day/Year | 4 Month/Day/Year |
|---|---|---|---|---|
| Conference Requested | | | | |
| Conference Held | | | | |
| Telephone Conference Held | | | | |
| Child is being considered for retention | | | | |

# Spelman College

Search [          ] Go                    RETURN TO MENU | SITE MAP | HELP | EXIT

[ Personal Information | Student Services & Financial Aid | Employee ]

## Academic Transcript
                                                        Brittne M. Kelly
                                                        Sep 28, 2006 10:53 am

This is not an official transcript. Courses which are in progress may also be included on this transcript.

Institution Credit    Transcript Totals    Courses in Progress

*Transcript Data*

### STUDENT INFORMATION

**Student Type:**   Continuing
**College:**        Liberal Art & Science
**Major:**          Economics


***Transcript type:Advisor's Copy is NOT Official ***


### DEGREE INFORMATION

**Sought:** Bachelor of      **Degree**
            Arts             **Date:**



### PRE-SYSTEM INSTITUTION SUMMARY HOURS     -Top-

|        | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|--------|---------------|--------------|--------------|-----------|----------------|-----|
| Total: |               |              |              |           |                |     |


Unofficial Transcript

### INSTITUTION CREDIT     -Top-

**Fall 2004**
**College:**              Liberal Art & Science
**Major:**                Sociology
**Student Type:**         New First Time
**Academic Standing:**

**Additional Standing:** Honor Roll

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| SADW | 111 | UG | African Diaspora & the World | B+ | 4.000 | 13.20 | | |
| SEDU | 103A | UG | First Year Seminar A - M | P | 0.000 | 0.00 | | |
| SENG | 103 | UG | First-Year Composition | A | 4.000 | 16.00 | | |
| SFLF | 202 | UG | Intermediate French | A | 4.000 | 16.00 | | |
| SMAT | 120 | UG | Precalculus ( Accelerated) | B- | 4.000 | 10.80 | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Current Term: | 16.000 | 16.000 | 16.000 | 16.000 | 56.00 | 3.50 |
| Cumulative: | 16.000 | 16.000 | 16.000 | 16.000 | 56.00 | 3.50 |

Unofficial Transcript

## Spring 2005

**College:** Liberal Art & Science

**Major:** Economics

**Student Type:** New First Time

**Academic Standing:**

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| SADW | 112 | UG | African Diaspora & the World | A- | 4.000 | 14.80 | | |
| SCIS | 100 | UG | Introduction to Computers | A | 4.000 | 16.00 | | |
| SEDU | 103A | UG | First Year Seminar (A-M) | P | 0.000 | 0.00 | | |
| SHPE | 191 | UG | Step Aerobics | A | 1.000 | 4.00 | | |
| SNAT | 102 | UG | Interdisciplinary Science | B- | 4.000 | 10.80 | | |
| SREL | 112 | UG | Women and Religion | W | 4.000 | 0.00 | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Current Term: | 17.000 | 13.000 | 13.000 | 13.000 | 45.60 | 3.50 |
| Cumulative: | 33.000 | 29.000 | 29.000 | 29.000 | 101.60 | 3.50 |

Unofficial Transcript

## Fall 2005

**College:** Liberal Art & Science

**Major:** Economics
**Student Type:** Continuing
**Academic Standing:**

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| SECO | 241 | UG | Principles of Macro Economics | C+ | 4.000 | 9.20 | | |
| SEDU | 104 | UG | Sophomore Assembly (A - M) | P | 0.000 | 0.00 | | |
| SMGT | 261 | UG | Principles of Accounting | W | 4.000 | 0.00 | | |
| SPHI | 220 | UG | Introduction to Philosophy | B | 4.000 | 12.00 | | |
| STDR | 101 | UG | Theatre Appreciation | A- | 4.000 | 14.80 | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|--------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | 16.000 | 12.000 | 12.000 | 12.000 | 36.00 | 3.00 |
| **Cumulative:** | 49.000 | 41.000 | 41.000 | 41.000 | 137.60 | 3.35 |

Unofficial Transcript

**Spring 2006**
**College:** Liberal Art & Science
**Major:** Economics
**Student Type:** Continuing
**Academic Standing:**

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|----------------|---------------------|---|
| SDRA | 102 | UG | Principles of Acting | W | 4.000 | 0.00 | | |
| SECO | 203 | UG | Intro to Stat & Econometrics | B | 4.000 | 12.00 | | |
| SECO | 242 | UG | Principles of Microeconomics | A- | 4.000 | 14.80 | | |
| SFLF | 303 | UG | French Conversation | B+ | 4.000 | 13.20 | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|--------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | 16.000 | 12.000 | 12.000 | 12.000 | 40.00 | 3.33 |
| **Cumulative:** | 65.000 | 53.000 | 53.000 | 53.000 | 177.60 | 3.35 |

Unofficial Transcript

**TRANSCRIPT TOTALS (UNDERGRADUATE)**    -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 65.000 | 53.000 | 53.000 | 53.000 | 177.60 | 3.35 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 65.000 | 53.000 | 53.000 | 53.000 | 177.60 | 3.35 |

Unofficial Transcript

## COURSES IN PROGRESS    -Top-

**Spring 2006**
**College:**          Liberal Art & Science
**Major:**            Economics
**Student Type:**     Continuing

| Subject | Course | Level | Title | Credit Hours | Start and End Dates |
|---|---|---|---|---|---|
| SEDU | 104 | UG | Sophomore Assembly (A - M) | 0.000 | |

Unofficial Transcript

**Fall 2006**
**College:**          Liberal Art & Science
**Major:**            Economics
**Student Type:**     Continuing

| Subject | Course | Level | Title | Credit Hours | Start and End Dates |
|---|---|---|---|---|---|
| SECO | 315 | UG | Intermediate Micro Econ Theory | 4.000 | |
| SENG | 150 | UG | Grammar and Style | 2.000 | |
| SMAT | 211 | UG | Applied Calculus I | 4.000 | |
| SMGT | 301 | UG | Ethics in Organizations | 4.000 | |
| SSOC | 275 | UG | Introduction to Criminology | 4.000 | |

Unofficial Transcript

RELEASE: 6.1

powered by (C SCT