UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 05-317 (RMU)** |
| | : | |
| **NICKELLI L. KELLY,** | : | Sentencing |
| | : | October 23, 2006 |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court, pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines and Paragraphs 3 and 6 of the plea agreement between the Government and Defendant Nickelli L. Kelly, to adjust Defendant Kelly's offense level down one level to reflect Defendant Kelly's early plea of guilty in this matter.

As grounds for this motion, the Government states that Defendant Kelly assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently. Defendant Kelly was indicted on August 24, 2005, and entered a guilty plea on February 9, 2006. As a consequence, the resources of this Court, the United States Attorney's Office, and the Department of Energy Office of the Inspector General were conserved. The United States Attorney's Office and the Department of Energy Office of the Inspector General did not have to expend time, energy and resources in preparing for trial in this matter. Court time was conserved as well.

WHEREFORE, the Government respectfully submits that pursuant to Section 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce Defendant Kelly's offense level by one level to reflect her early entry of a plea of guilty in this matter.

JEFFREY A. TAYLOR
United States Attorney

BY:                /s/
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Government's Motion for Guidelines Credit to be served via the Electric Case Filing system on counsel for Defendant:

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

this second day of October, 2006.

               /s/
JESSIE K. LIU
Assistant United States Attorney