UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-317 (RMU) |
| | : | |
| NICKELLI L. KELLY, | : | Sentencing |
| | : | October 23, 2006 |
| Defendant. | : | |
| | : | |

### ORDER

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record herein, it is this _____ day of October, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED.


Date: _____            _____
                                  RICARDO M. URBINA
                                  UNITED STATES DISTRICT JUDGE


copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004