IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY,  ) | |
| ) | |
| Defendant.  ) | |

**DEFENDANT NICKELLI KELLY'S SECOND
SUPPLEMENT TO HER MEMORANDUM IN AID OF
SENTENCING AND MOTION FOR DOWNWARD DEPARTURE**

Defendant, Nickelli Kelly, through counsel, respectfully submits this Second Supplement to her Memorandum in Aid of Sentencing and Motion for Downward Departure. Attached hereto is the daily schedule for Ms. Kelly and her 10 year old daughter, Danyele. The defense respectfully submits that the attached schedule illustrates Danyele's dependence on Ms. Kelly in every facet of her life, and supports defendant's request for a downward departure based on Ms. Kelly's extraordinary family circumstances.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134