## Day to Day Schedule for Nickelli & Danyele Kelly

**Sunday**

    Nearly always attend church together from 9:30 a.m. to about 12:30 p.m.

    Afternoons in fall/winter include watching football.

    Afternoons in spring/summer include a variety of activities as swimming, park, bike riding.

    Evenings we prepare for work and/or school/camp the next day.

**Monday**

    Up at 6:00 a.m. – take care of hygiene, getting clothes ready, combing hair, breakfast, lunch and out the door no later than 7:15 a.m.

    Drop off Danyele at school at 7:30 – 7:45 a.m. depending on highway traffic

    Go to work by 8:30 a.m.

    Danyele to aftercare at 2:00 p.m.

    Get off work at 5:00 p.m.

    Pick up Danyele no later than 5:30 p.m. or late fees are applied

    Get dinner

    Arrive at church 7:00 – 9:00 p.m. for class "Going through the Bible in One Year."

    Arrive home and prepare for bed by 9:30 p.m.

**Tuesday**

    Up at 6:00 a.m. – take care of hygiene, getting clothes ready, combing hair, breakfast, lunch and out the door no later than 7:15 a.m.

    Drop off Danyele at school at 7:30 – 7:45 a.m. depending on highway traffic

    Go to work by 8:30 a.m.

    Danyele to aftercare at 2:00 p.m.

    Danyele back to school for jazzercise from 4:30 – 5:30 p.m.

    Get off work at 5:00 p.m.

October 11, 2006

Pick up Danyele no later than 5:30 p.m. or late fees are applied

Get dinner and relax

**Wednesday**

Up at 6:00 a.m. – take care of hygiene, getting clothes ready, combing hair, breakfast, lunch and out the door no later than 7:15 a.m.

Drop off Danyele at school at 7:30 – 7:45 a.m. depending on highway traffic

Go to work by 8:30 a.m.

Danyele to aftercare at 2:00 p.m.

Get off work at 5:00 p.m.

Pick up Danyele no later than 5:30 p.m. or late fees are applied

Get dinner

Arrive at church 7:00 – 8:00 p.m. for class weekly Bible Study

Arrive home and prepare for bed by 8:30 p.m.

**Thursday**

Up at 6:00 a.m. – take care of hygiene, getting clothes ready, combing hair, breakfast, lunch and out the door no later than 7:15 a.m.

Drop off Danyele at school at 7:30 – 7:45 a.m. depending on highway traffic

Go to work by 8:30 a.m.

Danyele to aftercare at 2:00 p.m.

Get off work at 5:00 p.m.

Pick up Danyele no later than 5:30 p.m. or late fees are applied

Get dinner

Arrive home and prepare for bed by 9:30 p.m.

**Friday**

Up at 6:00 a.m. – take care of hygiene, getting clothes ready, combing hair, breakfast, lunch and out the door no later than 7:15 a.m.

Drop off Danyele at school at 7:30 – 7:45 a.m. depending on highway traffic

Go to work by 8:30 a.m.

October 11, 2006

Danyele to aftercare at 2:00 p.m.

Get off work at 5:00 p.m.

Pick up Danyele no later than 5:30 p.m. or late fees are applied

Get dinner – either at home or with friends

Arrive at church 7:00 – 9:00 p.m. for Women of Wisdom class – 1st Friday of each month

Arrive home, prepare for bed and watch tv/dvds.

**Saturday**

Get up with no time

Do weekend housekeeping to include dusting, windexing the glass furniture, laundry, vacuuming together.

Eat lunch and relax

1:30 p.m. leave for Danyele's dance classes

5:00 p.m. pick her up from dance class

Enjoy rest of afternoon unless she has a hair appt. which are every 2 weeks.

**Other**

Danyele's visits with friends when planned.

Danyele attends birthday parties as invited.

My schedule basically reflects around Danyele and I enjoy time with my friends often as most of them have child(ren) about Danyele's age.

October 11, 2006