UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-317(RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **NICKELLI KELLY,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Abby Stavitsky, at telephone number (202) 353-8829 and/or email address Abby.Stavitsky@usdoj.gov . Abby Stavitsky will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney


    _____
    ABBY STAVITSKY
    Assistant United States Attorney
    Federal Major Crimes, Bar No.
    555 4th Street, NW, Room 4645
    Washington, DC 20530
    (202) 353-8829