UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0317 (RMU) |
| NICKELLI L. KELLY, | : | |
| Defendant(s). | : | |

**ORDER**

It is this 19th day of October 2006,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for October 23, 2006 is hereby **VACATED** and **RESCHEDULED** for Monday, October 30, 2006 at 10:00 am.

**SO ORDERED**.

FILED
OCT 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge