UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-317** |
| | : | |
| **v.** | : | |
| | : | |
| **NICKELLI KELLY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederick W. Yette at telephone number (202) 353-1666 and/or email address Frederick.Yette@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Frederick W. Yette, #024-743
Assistant United States Attorney
D.C. Bar No. 385-391
Federal Major Crimes Section
555 4th Street, NW, Room 4834
Washington, DC 20530
(202) 353-1666