UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0317 (RMU)
:
NICKELLI L. KELLY, :
:
Defendant(s). :

**ORDER**

It is this 30th day of October 2006,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for October 30, 2006 is hereby **VACATED** and **RESCHEDULED** for Monday, November 6, 2006 at 11:00 am.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge