UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :    Criminal Action No.: 05-317 (RMU)
                                  :
Nickelli Kelly                  , :
                                  :         **FILED**
          Defendant(s).           :
                                          NOV 6 - 2006

## ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this **6** day of **November** 2006,

**ORDERED** that a **Status** hearing in the above-captioned case shall take place on **May 10, 2007** at **10 AM**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge