HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0317 |
| vs. | : | SSN: |
| Kelly, Nickelli Lynette | : | Disclosure Date: **June 23, 2006** |

**FILED**

NOV 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
**Defendant**       **Date**           **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 7, 2006**, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**                                                  Page 2

We respectfully submit the following objections and suggestions:

p. 2 - the correct spelling is "Lynnette" w/2 n's

pp. 5-6 - the comment that Mr. Miller was not aware that the copy jobs were non-existent is incorrect. Mr. Miller never did any copying pursuant to some of the non-existent jobs, so he was of course aware that there was no actual copy job in those cases. If there were actual jobs, he would have done some copying on those jobs. The evidence is clear that sometimes Mr. Miller never did any copying and just issued fictional invoices.

p. 11 - Ms. Kelly's net salary is incorrect. She makes $474/week, so 474 x 4 = $1796/month (after taxes).

- Ms. Kelly's sister's money should not be attributed to Ms. Kelly because she doesn't benefit from it in any way. To the contrary, Ms. Kelly pays rent to her sister, as you have noted.

p. 12 - car has 163,699 miles on it.

Signed by: _____ (Defendant/Defense Attorney/AUSA)

Date: 7/7/06

Thank you.