HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0317</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Kelly, Nickelli Lynette | : | Disclosure Date: <u>June 23, 2006</u> |

**FILED**

NOV 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( x )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

July 11, 2006

_____          _____
**Prosecuting Attorney**                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant**          **Date**          **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 7, 2006</u>, to U.S. Probation Officer <u>Deborah A. Stevens-Panzer</u>, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                          Page 2

_____
_____
_____
_____

1.    In paragraph 1, the indictment in the District of Colorado was filed on December 15, 2004, not 2005.

2.    In paragraphs 16-21, the offense conduct discussion contains no reference to Count 10, to which Ms. Kelly also pleaded guilty. On or about March 31, 2002, Ms. Kelly sent a reimbursement submission, including a Bankcard Ordering Log (for a card issued to a co-worker) and a Miller Copying Service Invoice for $2,436 via facsimile transmission from her home in Maryland to NREL's administrative center in Golden, Colorado. Note that the factual proffer states that the fax was sent from NREL in Washington, D.C. That statement is erroneous and was corrected on the record at the plea hearing.

Signed by: _____
                  (Defendant/Defense Attorney/AUSA)

Date:          July 11, 2006



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

To:    Deborah A. Stevens-Panzer      From:    Jessie K. Liu
    United States Probation Officer              Assistant United States Attorney

Fax:    202-273-0242                  Phone:    202-514-7549

Date:    July 11, 2006

Re:    *United States v. Nickelli Lynette Kelly*, Crim. No. 05-317-01 (RMU)
    Sentencing: August 1, 2006

Page(s):    3 including cover

COMMENTS:

DISTRICT OF COLUMBIA
U.S. DISTRICT COURT
E. BARRETT PRETTYMAN
U.S. PROBATION OFFICE

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

2006 JUL 11 P: 41

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**