IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>NICKELLI KELLY,                        )<br>)<br>         Defendant.                        )<br> | Criminal No. 05-317 (RMU) |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY HOURS
OF HOME DETENTION FOR AN ADDITIONAL TWO HOURS PER WEEK**

Defendant, Nickelli Kelly, through undersigned counsel, respectfully submits this unopposed motion to modify her hours of home detention so that she may have an additional two (2) hours per week on Mondays so that she can take her daughter, Danyele, to and from dance classes at the Judah Dance Ministry

As grounds for this motion, defense counsel submits:

1.      On November 6, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring.  The first progress hearing is scheduled for May 10, 2007.

2.      Ms. Kelly is in full compliance with all conditions of her probation.  She is current with all restitution payments and has made all of her payments towards the costs of her electronic monitoring.

3.      Ms. Kelly is respectfully requesting two (2) more hours of week to take and pick up Danyele from Judah Dance Ministry.  The practice is Mondays from 7:30 - 9:00 p.m. Under Ms. Kelly's current schedule, she is allowed 5 hours per week of "religious activity."  Because the

Judah Dance Ministry involves a religious activity, Ms. Kelly has been told that she needs a Court order for an additional two (2) hours per week in order to drive Danyele to and from this activity.

    4.    Ms. Kelly's probation officer, Danny Thomas, does not oppose the relief requested in this Motion. The government, through AUSA Fred Yette, also does not oppose the relief requested in this Motion.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying her hours of home detention so that she may have an extra two (2) hours per week on Mondays to take her daughter to and from classes at the Judah Dance Ministry.

                              Respectfully submitted,

                              A.J. KRAMER
                              Federal Public Defender

                              _____/s/_____

                              Jonathan S. Jeffress
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Ste 550
                              Washington, D.C.  20004
                              (202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-317 (RMU) |
| NICKELLI KELLY, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified so that she may have an extra two (2) hours per week on Monday nights to take her daughter to and from dance classes at the Judah Dance Ministry.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office

Case 1:05-cr-00317-RMU   Document 41   Filed 04/19/2007   Page 4 of 4