UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0317 (RMU) |
| | : | |
| NICKELLI L. KELLY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**FILED**
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this **10** day of **May** 2007,

**ORDERED** that a *Progress* hearing in the above-captioned case shall take place on **Nov. 13, 2007** at **9:45**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge