IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>)<br>v.                                                         )<br>)<br>NICKELLI KELLY,                               )<br>)<br>Defendant.                               )<br> | Criminal No. 05-317 (RMU) |

**DEFENDANT'S UNOPPOSED MOTION TO
MODIFY TEMPORARILY CONDITIONS OF PROBATION**

Defendant, Nickelli Kelly, through undersigned counsel, respectfully submits this unopposed motion to modify temporarily her conditions of probation. Specifically, Ms. Kelly asks the Court to allow her to have a birthday sleepover for her daughter, Danyele, at the Marriott Residence Inn. In order to have the party, Ms. Kelly must be relieved from her curfew for the night of July 6, 2007 and allowed to stay out until 8pm on the evening of July7, 2007.

As grounds for this motion, defense counsel submits:

1.      On November 6, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring.

2.      Ms. Kelly has always been in full compliance with all conditions of her probation. She is current with all restitution payments and has made all of her payments towards the costs of her electronic monitoring.

3.      Ms. Kelly is respectfully requesting that she be relieved from her curfew for the night of July 6, 2007, so that she can have a birthday sleepover party for her daughter, Danyele, at the Marriott Residence Inn. Ms. Kelly was able to rent a suite for the night for $49 for the party.

Ms. Kelly also requests that she be allowed to stay out until 8pm on the night of July 7, 2007, in order to complete the day's birthday activities.

4. Ms. Kelly's probation officer, Danny Thomas, does not oppose the relief requested in this Motion. The government, through AUSA Fred Yette, also does not oppose the relief requested in this Motion.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying temporarily the terms of Ms. Kelly's probation so that she is relieved from her curfew for the night of July 6, 2007 and allowed to stay out until 8pm on the night of July 7, 2007.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant is relieved from her curfew for the night of July 6, 2007, and her curfew is extended until 8pm on the night of July 7, 2007.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office