IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant is relieved from her curfew for the night of July 6, 2007, and her curfew is extended until 8pm on the night of July 7, 2007.

All other conditions of defendant's probation remain the same.

SO ORDERED.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

6/27/2007
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office