THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION TO MODIFY
### TEMPORARILY HOURS OF HOME DETENTION

Defendant, Nickelli Kelly, through undersigned counsel, respectfully submits this unopposed motion to modify temporarily her hours of home detention. Specifically, Ms. Kelly asks that she be allowed to take a three day trip to Atlanta, GA to assist her daughter, Danyele, in moving from undergraduate housing at Spellman College into an apartment.

As grounds for this motion, defense counsel respectfully submits:

1.  On November 6, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring.

2.  Since the time the Court imposed sentence, Ms. Kelly has always been in full compliance with all conditions of her probation. She is current with all restitution payments and has made all of her payments towards the costs of her electronic monitoring.

3.  Ms. Kelly's older daughter, Danyele, will enter her fourth year at Spellman College in Atlanta, GA in August. For her fourth year, Danyele is moving from campus into an apartment off-campus. She has asked for her mother's assistance in this move. Including travel days to and from Atlanta (which Ms. Kelly will do by car, since she is unable to afford the airfare), the trip

will take from August 3-6, 2007.  Ms. Kelly is therefore respectfully requesting that the Court enter the attached Order, permitting Ms. Kelly off of electronic monitoring for those days.

    4.    The government, through AUSA Fred Yette, does not oppose the relief requested in this Motion.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying her hours of home detention so that she may travel to Atlanta, Georgia, from August 3-6, 2007.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified temporarily so that she may travel to Atlanta, Georgia from August 3-6, 2007.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office