THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified temporarily so that she may travel to Atlanta, Georgia from August 3-6, 2007.

All other conditions of defendant's probation remain the same.

SO ORDERED.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

7/25/07
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office