## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                    v.            :        Criminal Action No.:  05-0317    (RMU)
                                  :
NICKELLI KELLY,                   :
                                  :        **FILED**
                    Defendant.    :
                                           AUG 9 - 2007
                **O R D E R**
                                           NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

It is this 9th day of August 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for Tuesday,

November 13, 2007 is hereby **VACATED** and **RESCHEDULED** for Monday November 5,

2007 at 9:45 am.

**SO ORDERED**.


                                    _____
                                           Ricardo M. Urbina
                                       United States District Judge