IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-317 (RMU) |
| NICKELLI KELLY, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION TO VACATE
ELECTRONIC MONITORING CONDITION OF DEFENDANT'S PROBATION**

Defendant, Nickelli Kelly, through undersigned counsel, respectfully submits this unopposed motion to vacate the electronic monitoring condition of her probation.

As grounds for this motion, defense counsel respectfully submits:

1. On February 9, 2006, Ms. Kelly entered a plea of guilty to Counts 5 and 10 of the indictment, which charged her with wire fraud under 18 U.S.C. § 1343. The offense conduct in the case dated back to between 2000 and 2002. On November 6, 2006, the Court sentenced defendant to five years probation with one year of home detention with electronic monitoring. The Court ordered that Ms. Kelly make restitution payments and that she pay for the costs of electronic monitoring. The electronic monitoring condition of Ms. Kelly's probation is due to expire in November or December, 2007.[1]

2. Throughout her probationary period, Ms. Kelly has always been in full, 100% compliance with all conditions of her probation. She has not incurred a single violation of her

---

[1] Undersigned counsel is unaware of the exact date that the Probation Office installed Ms. Kelly's electronic monitoring device, but it is usually within 30 days of the sentencing, which in this case occurred on November 6, 2006..

curfew or any other condition. Ms. Kelly is current with all restitution payments and has made all of her payments towards the costs of her electronic monitoring.

3. The Court held a status conference in this matter on May 5, 2007. Given Ms. Kelly's excellent progress, the defense inquired whether the Court would entertain a motion to vacate Ms. Kelly's electronic monitoring condition. The Court granted defense counsel leave to file such a request in August 2007.

4. Based on the above, the defense now respectfully requests that the Court vacate Ms. Kelly's electronic monitoring condition at this time. Respectfully, over the least 10 months, Ms. Kelly has provided the Court, the government, and the probation office with good reason to trust her to spend her time wisely and in the service of worthy pursuits. If the Court grants her request, Ms. Kelly will be able to spend more time with her 11-year old daughter, Danyele, outside the home. Ms. Kelly also seeks more time so that she can attend Bible Study on Wednesdays. Finally, Ms. Kelly wants to start working out again, as she needs to continue to lose weight in order to get off the medication for her diabetes.

5. Defense counsel contacted Ms. Kelly's United States Probation Officer, Danny Thomas. Mr. Thomas confirmed that Ms. Kelly has complied with all of the terms and conditions of her probation.. Mr. Thomas stated that he does not take a position on the relief requested in this Motion. The government, through AUSA Fred Yette, also does not oppose the relief requested in this Motion.

WHEREFORE, the defense respectfully requests that the Court enter the attached order vacating the electronic monitoring condition of Ms. Kelly's probation.

        Respectfully submitted,

        A.J. KRAMER
        Federal Public Defender

        _____/s/_____
        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C.  20004
        (202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the electronic monitoring condition of defendant's probation is **VACATED**.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office