IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the electronic monitoring condition of defendant's probation is **VACATED**.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

August 30, 2007
DATE

Jonathan S. Jeffress, AFPD
Fred Yette, AUSA
Danny Thomas, United States Probation Office