IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO RESCHEDULE PROGRESS HEARING

Defendant, Nickelli Kelly, through counsel, respectfully submits this Motion to Continue the Progress Hearing currently scheduled for November 5, 2007 in this matter. In support of this Motion, counsel respectfully submits the following:

1. On February 9, 2006, Ms. Kelly entered a plea of guilty to Counts 5 and 10 of the indictment, which charged her with wire fraud under 18 U.S.C. § 1343. On November 6, 2006, the Court sentenced defendant to five years probation.

2. At the last progress hearing in this matter (May 10, 2007), the Court set the next progress hearing for November 13, 2007. By Order of August 9, 2007, the Court rescheduled the progress hearing for November 5, 2007 at 9:45 a.m.

3. Ms. Kelly is currently working at a law firm as a paralegal. She was recently notified that there is a formal hearing in one of her main cases on November 5-7, 2007. Ms. Kelly has to attend this hearing for her work. Ms. Kelly accordingly requests that the Court reschedule the status hearing for any other date besides November 5-7, 2007.

4. Based on counsel's last contact with Mr. Thomas of the Probation Office, Ms. Kelly has always been in compliance with all of the terms and conditions of her probation.

     5.     Counsel contacted government counsel and the probation officer by e-mail regarding this request, but was unable to obtain their positions on this matter prior to filing this Motion.

WHEREFORE, Defendant respectfully requests that this Court reschedule the November 5, 2007 progress hearing in this matter for any other date besides November 5-7, 2007.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>NICKELLI KELLY,  )<br>)<br>Defendant.  )<br>) | Criminal No. 05-317 (RMU) |

**ORDER**

Upon consideration of Defendant's Motion to Reschedule Progress Hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the November 5, 2007 date is **VACATED**; and it is further

**ORDERED** that the progress hearing is now scheduled for

_____, 2007/2008 at _____am/pm.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE