IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 3 0 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-317 (RMU) |
| ) | |
| NICKELLI KELLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant's Motion to Reschedule Progress Hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the November 6, 2007 date is **VACATED**; and it is further

**ORDERED** that the progress hearing is now scheduled for

Thursday, November 15, (2007)/2008 at 11:00 (am)/pm.

**SO ORDERED.**

_/s/ Ricardo M. Urbina_
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

10/30/07
DATE