UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :    Criminal Action No.: 05-0317  (RMU)
                                  :
NICKELLI KELLY,                   :
                                  :
            Defendant.            :

**ORDER**

It is this 15 day of Nov 2007, hereby

ORDERED a progress hearing in the above-captioned case shall take place on May 12, 2008 at 10:30.

SO ORDERED.

FILED
NOV 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ricardo M. Urbina
United States District Judge