UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
           v.                     :     Criminal Action No.:  05-0317   (RMU)
                                  :
NICKELLI KELLY,                   :     **FILED**
                                  :
           Defendant.             :     MAY 1 2 2008
                                  :
                **ORDER**                Clerk, U.S. District and
                                         Bankruptcy Courts

It is this /2 day of May 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on Nov. 18, 2008 at 9:45.

**SO ORDERED**.

───────────────────────────
Ricardo M. Urbina
United States District Judge

